

**ORDERED in the Southern District of Florida on March 16, 2018.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re:

Henry Austin
Tonia Austin

    Debtors
_____/

Case # 13-13182 BKC-RBR
Chapter 13

**ORDER CONTINUING DEBTOR'S MOTION FOR SANCTIONS AGAINST NATIONSTAR MORTGAGE FOR BAD FAITH DENIAL OF MORTGAGE MODIFICATION AND MOTION TO COMPEL MORTGAGE MODIFICATION OR IN THE ALTERNATIVE MOTION TO COMPEL RETURN OF $84,000.00 PAID THROUGH BANKRUPTCY PLAN [DE# 63]**

THIS MATTER having come before the Court on March 15, 2018, pursuant to the Debtor's Motion for Sanctions Against Nationstar Mortgage for Bad Faith Denial of Mortgage Modification and Motion to Compel Mortgage Modification or in the Alternative Motion to Compel Return of $84,000.00 Paid Through Bankruptcy Plan [DE# 63] and the Court being advised, it is:

**ORDERED AND ADJUDGED**:

1.  The Debtor's Motion for Sanctions Against Nationstar Mortgage for Bad Faith Denial of Mortgage Modification and Motion to Compel Mortgage Modification or in the Alternative Motion to Compel Return of $84,000.00 Paid Through Bankruptcy Plan [DE# 63] shall be continued to May 15, 2018 at 1:30pm at the Federal Courthouse, 299 E Broward Boulevard, Room 308, Ft.Lauderdale, Florida.

####

Submitted by: John D. Bristol, Esq.
              1776 N. Pine Island Road
              Suite 224
              Plantation, Florida 33322

Attorney Bristol shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).